1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, DC Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LYDIA CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  Cr.S. 07-259-GGH
                               )
          Plaintiff,           )  STIPULATION AND ORDER
                               )
     v.                        )  Date:  September 24, 2007
                               )  Time:  2:00 p.m.
LYDIA CASTILLO,                )  Judge: Gregory G. Hollows
                               )
          Defendant.           )
                               )
_____)

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, LYDIA CASTILLO, by and through her counsel LEXI NEGIN, Assistant Federal Defender of the Federal Defenders Office, stipulate that the trial confirmation hearing set for September 10, 2007 at 2:00 p.m. and the jury trial set for September 24, 2007 be vacated and a change of plea hearing be set for Monday, September 24, 2007 at 2:00 p.m.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the change of plea hearing set for September 24, 2007 at 2:00 p.m. pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and

Local Code T4.

| Dated: September 6, 2007 | Respectfully submitted, |
|---|---|
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Lexi Negin |
| | _____<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>GLORIA CRISOSTOMO |
| Dated:  September 7, 2007 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Matthew Stegman |
| | _____<br>MATTHEW STEGMAN<br>Assistant U.S. Attorney |

### O R D E R

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the change of plea hearing on date of September 24, 2007.

IT IS SO ORDERED.

| Dated:9/7/07 | /S/ Gregory G. Hollows |
|---|---|
| | U.S. Magistrate Judge |

castillo.ord

2